UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-cv-80230-DMM/DLB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARRETT W. HANNA,

    Defendant.
_____/

## ORDER ON DEFENDANT'S MOTION TO DISMISS OR MOTION FOR MORE DEFINITE STATEMENT

THIS CAUSE is before the Court upon Defendant Marrett W. Hanna's ("Defendant") Motion to Dismiss or Motion for More Definite Statement (DE 10) ("Motion"), filed on June 13, 2013. I have reviewed the Motion and the record on the matter and am otherwise fully advised in the premises.

The instant Motion and case is duplicative of and is identical to another Motion which is currently pending before this Court. *See* DE 8 in *United States of America v. Marrett W. Hanna*, Case No. 13-cv-80325-DMM. Since the same exact Motion has been filed and is under advisement in *United States of America v. Marrett W. Hanna*, Case No. 13-cv-80325-DMM the instant Motion should be denied as moot. Moreover, Defendant is hereby directed to make all filings in *United States of America v. Marrett W. Hanna*, Case No. 13-cv-80325-DMM instead of in this matter. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Defendant's Motion (DE 10) is **DENIED AS MOOT.**

**DONE AND ORDERED** in Chambers, in West Palm Beach, Florida, this ___ day of June, 2013.

                                              DONALD M MIDDLEBROOKS
                                              UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record
        Marrett Hanna, *pro se*
        5 Sailfish Lane
        Ocean Ridge FL 33435